UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

TAU CETI VENTURES LLC,

Plaintiff,

v.

SONY GROUP CORPORATION, et al

Defendants.

Case No.: 26-cv-3738-BJC-SBC

**ORDER DENYING AS MOOT MOTION TO DISMISS [ECF NO. 19.]**

Pending before the Court is Defendants' motion to dismiss the original complaint. ECF No. 19. On October 30, 2026, Plaintiff filed a First Amended Complaint in lieu of opposing the pending motion to dismiss. Accordingly, Defendants' motion to dismiss the original complaint is DENIED as moot. *See Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

Dated: November 20, 2026

Honorable Benjamin J. Cheeks
United States District Judge